IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

MARKELL L. MARKS,            :

    Plaintiff,              :

v.                           :     CA 14-0338-WS-C

SELMA CITY POLICE DEPARTMENT, :

    Defendant.

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 19, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** this 24th day of September, 2014.

        s/WILLIAM H. STEELE
        **CHIEF UNITED STATES DISTRICT JUDGE**